**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PIZZA HAZEL, INC., NUNAN FLORIST AND GREENHOUSES, INC., and SKIN REJUVENATION CENTER AND SPA, INC.,<br><br>              Plaintiffs,<br><br>       v.<br><br>AMERICAN EXPRESS CO. and AMERICAN EXPRESS TRAVEL RELATED SERVICES CO. INC.,<br><br>              Defendants. | Civil Action No. 1:24-cv-12505-AK |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, after conferring, the parties to the above-captioned action have reached an agreement about service of the complaint and a schedule for the parties to brief Defendants' motion to compel arbitration in lieu of an answer;

THEREFORE, IT IS HEREBY STIPULATED, subject to Court approval:

1.     Plaintiffs served Defendants with the Class Action Complaint as of October 10, 2024;

2.     Defendants shall file a motion to compel arbitration by December 9, 2024;

3.     Plaintiffs may file a response to the motion by January 23, 2025; and

4.     Defendants may file a reply by March 10, 2025.

*/s/ Randi Kassan*
Randi Kassan

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
BBO# 568656
100 Garden City Plaza, Ste. 500
Garden City, NY 11530
(516) 741-5600
rkassan@milberg.com

*/s/Michael Menapace*
Michael Menapace (BBO# 568841)

**WIGGIN AND DANA LLP**
20 Church Street
Hartford, CT 06103
(860) 297-3733
mmenapace@wiggin.com

*/s/David H. Korn*
David H. Korn (*pro hac vice forthcoming*)

**CRAVATH SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000
dkorn@cravath.com

***COUNSEL FOR PLAINTIFFS***           ***COUNSEL FOR DEFENDANTS***

**SO ORDERED.**

Dated:

*/s/*_____
Hon. Angel Kelley
United States District Judge

2