**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PIZZA HAZEL, INC., NUNAN FLORIST AND GREENHOUSES, INC., and SKIN REJUVENATION CENTER AND SPA, INC., on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES CO. INC.,<br><br>Defendants. | Civil Action No. 1:24-cv-12505-AK |

## <u>DEFENDANTS' MOTION TO COMPEL ARBITRATION</u>

Defendants American Express Company and American Express Travel Related Services Company, Inc. (together, "Amex"), through undersigned counsel, respectfully move the Court for an Order compelling arbitration of Plaintiffs' claims and staying this proceeding pending arbitration.

The basis for Amex's motion is set forth in the accompanying memorandum and declaration.

WHEREFORE, Amex respectfully requests that the Court enter and Order compelling arbitration of Plaintiffs' claims and staying this proceeding.

## <u>REQUEST FOR ORAL ARGUMENT</u>

Pursuant to Local Rule 7.1(d), oral argument may assist the court in determination of this motion.

December 9, 2024

Respectfully submitted,

*/s/ Michael Menapace*_____
Michael Menapace (BBO# 568841)
**WIGGIN AND DANA LLP**
20 Church Street
Hartford, CT 06103
(860) 297-3733
mmenapace@wiggin.com

Peter T. Barbur (*pro hac vice*)
Kevin J. Orsini (*pro hac vice*)
Helam Gebremariam (*pro hac vice*)
David H. Korn (*pro hac vice*)
Rebecca J. Schindel (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

*Attorneys for Defendants American Express
Company and American Express Travel
Related Services Company, Inc.*

## CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)

I, Michael Menapace, hereby certify that on December 6, 2024, the parties conferred in a good faith effort to narrow or resolve the issues raised herein.

/s/ Michael Menapace
Michael Menapace

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 9th day of December, 2024, I caused a true and correct copy of the foregoing to be filed electronically, with all exhibits, using the Court's CM/ECF system, which will send notification of such filing to all CM/ECF participants, and by e-mail to counsel for Plaintiffs (by agreement to service by email).

/s/ Michael Menapace
Michael Menapace