# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PIZZA HAZEL, INC., NUNAN FLORIST AND GREENHOUSES, INC., and SKIN REJUVENATION CENTER AND SPA, INC., on behalf of themselves and others similarly situated,<br><br>        Plaintiffs.<br>v.<br><br>AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES CO. INC.,<br><br>        Defendants. | Case No.: 1:24-cv-12505-AK<br><br><br>**NOTICE OF CHANGE OF LAW FIRM NAME AND EMAIL ADDRESS** |

Scott C. Harris, counsel for Plaintiffs Pizza Hazel, Inc., Nunan Florist and Greenhouses, Inc., and Skin Rejuvenation Center and Spa, Inc., hereby advises the Court and all Counsel of a change to his firm affiliation and email address. Effective immediately, Mr. Harris' contact information is as follows:

Scott C. Harris
*admitted pro hac vice*
**BRYSON HARRIS SUCIU & DEMAY, PLLC**
900 W. Morgan Street
Raleigh, North Carolina 27603
Tel: (919) 600-5000
sharris@brysonpllc.com

**DATED:** September 19, 2025

                              **BRYSON HARRIS SUCIU & DEMAY, PLLC**

                              */s/ Scott C. Harris*
                              Scott C. Harris
                              *admitted pro hac vice*
                              900 W. Morgan Street
                              Raleigh, North Carolina 27603
                              Tel: (919) 600-5000
                              sharris@brysonpllc.com

                              *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I have filed electronically the foregoing document which will automatically serve

electronic notice of the filing upon all attorneys of record via the Court's CM/ECF System.

This the 19th day of September 2025.

/s/ Scott C . Harris
Scott C. Harris

*Attorney for Plaintiff*